Lee E. STEVENSON and Arthur Mitchell, Jr., Plaintiffs-Appellants,

v.

John J. McKEITHEN, Governor of the State of Louisiana, et al., Defendants-Appellees.

No. 72-2937

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

Dec. 5, 1972.

Luke Fontana, New Orleans, La., for Stevenson.

David L. Morgan, New Orleans, La., for Mitchell.

---

* Rule 18, 5 Cir,; see Isbell Enterprises, Inc. v. Citizens Casualty Company of

William J. Guste, Jr., Atty. Gen., Stanford O. Bardwell, Jr., Baton Rouge, La., for defendants-appellees.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

The attempted appeal in this case is dismissed because it is taken from a nonfinal judgment. See Missouri-Kansas-Texas Railroad Company v. Randolph, 8 Cir., 1950, 182 F.2d 996; United States v. Atlantic Coast Line, 5 Cir., 1952, 196 F.2d 1015; 9 Moore's Federal Practice, § 110.07.

Appeal dismissed.